# EXHIBIT 24

DECLARATION OF STEPHEN HENRICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT



CONFIDENTIAL SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_CAVNESS 000263



CONFIDENTIAL SUBJECT TO FEDERAL PROTECTIVE ORDER                                CCSF_CAVNESS 000266



CONFIDENTIAL SUBJECT TO FEDERAL PROTECTIVE ORDER                                           CCSF_CAVNESS 000265



CONFIDENTIAL SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_CAVNESS 000264



CONFIDENTIAL SUBJECT TO FEDERAL PROTECTIVE ORDER

CCSF_CAVNESS 000267