# EXHIBIT 29

DECLARATION OF STEPHEN HENRICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

EXHIBIT
150
Flewellen
10/3/18  CAR

THE POLICE COMMISSION
# OFFICE OF CITIZEN COMPLAINTS

CITY AND COUNTY OF SAN FRANCISCO
April 23, 2012

Mr. Michael Cavness
2078 McAllister Street
San Francisco, CA  94118

**Joyce M. Hicks**
Executive Director

**RE: OCC Case No. 0781-11**

Dear Mr. Cavness:

The Office of Citizen Complaints has conducted an investigation of the above-referenced complaint. The disposition in this case is **Information Only.**

Additionally, this complaint raised matters outside OCC's jurisdiction and has been referred to:

> San Francisco Sheriff's Department
> Attn: Lieutenant Charles Flewellen
> Investigative Services Unit/TLO
> 25 Van Ness Avenue, Room #350
> San Francisco, CA  94102

Please refer to the attached information for definitions of these findings. If you are not satisfied with the preliminary disposition indicated above, you have the right to request an investigative hearing on this complaint. (Please see information sheet, enclosed). The OCC strongly recommends that, to assist you in determining the grounds for a hearing, you call promptly to make an appointment with the investigator in your case, **Dennis Maxson at 241-7711**, to discuss the preliminary findings and to review the evidence upon which the findings are based. Your written request for a hearing must be mailed or delivered within ten (10) days of the date that you receive this letter to the following address:

> **Office of Citizen Complaints**
> **ATTN: Investigative Hearing Coordinator**
> **25 Van Ness Street, Suite 700**
> **San Francisco, CA  94102**

As members of SFPD know, Department General Order 2.04 III. A.5.a. requires that, after OCC's investigation, including any investigative hearing, the OCC's investigation and findings as to sustained allegations shall be transmitted to the Chief of SFPD or the Chief's designee for review and action.

Sincerely,

Joyce M. Hicks
Executive Director

JMH: gl
Attachment Enclosed

Cavness v. Mirkarimi
DEPO EXHIBIT

U.S. Dist. Court, N.D. Cal. No. 3:14-cv-03403