# EXHIBIT 31

DECLARATION OF STEPHEN HENRICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

155

**From:** Paul Miyamoto </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F543D5EC5FB34971B202CDFD9E5C6CED-PAUL MIYAMOTO>
**Sent:** Wednesday, April 27, 2011 10:40 AM
**To:** Louie Loufas <louie.loufas@sfgov.org>
**Cc:** Fernando Velasco <fernando.velasco@sfgov.org>; Michele Fisher <michele.fisher@sfgov.org>
**Subject:** Re: Inmate Saunders, Raymond SF#426501
**Attach:** pic28594.gif

---

Thanks Louie


Captain Paul Miyamoto #1410
San Francisco Sheriff's Department
County Jail #5 Facility Commander
1 Moreland Drive
San Bruno, CA 94066
650-266-7523


· Louie Loufas---04/26/2011 12:52:57 PM---On 04/26/2011, inmate Saunders attempted to turn on Deputy Garay at CJ#4. He was taken to the floor.

| | |
|---|---|
| **Louie Loufas/SFSD/SFGOV** | To Paul Miyamoto/SFSD/SFGOV@SFGOV, Fernando Velasco/SFSD/SFGOV@SFGOV, Michele Fisher/SFSD/SFGOV@SFGOV |
| 04/26/2011 12:52 PM | cc |
| | Subject Inmate Saunders, Raymond SF#426501 |

On 04/26/2011, inmate Saunders attempted to turn on Deputy Garay at CJ#4. He was taken to the floor. Incident report to follow.
I have increased Saunders' MR level to 4. He is currently dressed in and and was a MR3 at CJ#5 due to documentation on his field arrest card on 03/25/2011. It states " Per Class, Saunders is an MR3. On 03/24 Saunders attempted to assault staff while being handcuffed".


Deputy Louie Loufas #1500
San Francisco Sheriff's Department
Classification Unit
650-266-7508

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



Miyamoto
EXHIBIT NO. 155
10·10·18
P. Frederickson, CSR, CCR