# EXHIBIT 35

DECLARATION OF STEPHEN HENRICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

*Lodged Pursuant to Local Rule 79-5(c)-(d)*

## DOCUMENT(S) SUBMITTED UNDER SEAL

*Public copy*