# EXHIBIT 44

DECLARATION OF STEPHEN HENRICK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Paper bag with incomplete internal affairs cases discovered in sheriff's office - by j_lamb - June 10, 2016 - The San Francisco Examiner

Case 3:14-cv-03403-EDL   Document 168-44   Filed 11/06/18   Page 2 of 7



Sign up for our E-Edition & Newsletter


Friday November 02, 2018

Learn more

Breaking News > The City > San Francisco News > Crime > Editor's Picks > The City > Featured The City

# Paper bag with incomplete internal affairs cases discovered in sheriff's office


San Francisco City Hall. (Jessica Christian/S.F. Examiner)

By Jonah Owen Lamb on June 10, 2016 1:00 am

Six months into her first term as San Francisco's sheriff, Vicki Hennessy is rolling back several of the former sheriff's initiatives and cleaning up part of the unfinished business he left behind, including a paper bag filled with incomplete disciplinary cases.

There have been a number of policies and initiatives that were started under former Sheriff Ross Mirkarimi's administration that Hennessy has had to deal with, said Sheriff's Department Chief of Staff Eileen Hirst.

But the three incomplete Internal Affairs cases discovered last week in a paper bag were not part of the plan.

**1 | Bonefish Grill Coupons**

Free Coupons for Bonefish Grill. Print Your Free Coupons Now!

befrugal.com



**2 | Seniors With a Slow Metabolism - Should Never Eat These 3 Foods**

Don't eat these 3 foods over age of 50, they disrupt digestion & sleep.

nucific.com



## Trending Articles

Marriott CEO speaks out about strike, rejects invitation to meet with city supervisors

Popular anti-eviction program lacks funds

SF may fine Uber's Jump bike repair shop for violating city code

Housing Authority to get $10 million bailout from HUD; blames $30 million shortfall on unqualified employees

Paper bag with incomplete internal affairs cases discovered in sheriff's office - by j_lamb - June 10, 2016 - The San Francisco Examiner

Case 3:14-cv-03403-EDL   Document 168-44   Filed 11/06/18   Page 3 of 7

"Our plan is to not store cases in paper bags," said Hirst of the new administration's approach to such cases.

Last week, as undersheriff Carl Koehler was cleaning his City Hall office, a paper grocery bag with handles was discovered inside a filing cabinet, stuffed under some folders.

"They just got stuffed behind a drawer," Hirst said.

Inside, three cases were discovered, all of which were forwarded from Internal Affairs in November to then-undersheriff Frederico Rocha, who was tasked with deciding what to do with the cases, Hirst said.

Two of those cases are set to expire in June or July due to their statute of limitations, said Hirst, who could not provide further details about the cases because of personnel confidentiality rules.

But the department still plans to make rulings on the cases before the statute of limitations runs out.

"I'm glad we found them because the three cases we found, the time limit has not expired," said Hennessy, who does not plan to investigate how the cases ended up in a paper bag. "I can't say who did it."

Rocha, who served for years as a U.S. Marshal, said he did not handle such serious cases so carelessly.

"I would not have put them in a paper bag in a filing cabinet," Rocha said. "I can tell you I was very, very meticulous about those cases. But they did convey some cases to me in paper bags."

Rocha said during the last week of the Mirkarimi administration, additional cases might have been brought to his office by Internal Affairs, but he went over the investigation case log before his departure to make sure no cases were left hanging.

Mirkarimi said it is "highly doubtful this happened as was suggested. [Rocha's] small office was military clean."

The former sheriff also questioned how a paper bag went unnoticed in "a small, clean office" that has been used for five months.

"Very dubious," Mirkarimi added.

Mirkarimi's use-of-force policy, as well as his changes to legal services for inmates, are just the latest in policy reversals under Hennessy, whose first major act in office was to rescind Mirkarimi's controversial policy on communicating with immigration officials.

The use-of-force policy much touted by Mirkarimi was signed the day he left office, Hirst said. But it had never been implemented and no one had been prepared or trained to follow it.

The policy would have included de-escalation training and stated what force was allowed and who is responsible for reporting allegations of inmate abuse. The policy also would have identified



**Canceled meeting on 'Monster in the Mission' development sparks dueling rallies**

**Auto Accident**

Pain & Suffering Calculator - How Much is Your Car Accident Claim Worth? Injury Calc by a Lawyer. Some Claims Worth $100s. Get Review.

Search Now



San Francisco Examiner
16,138 likes

Like Page   Liked   Sign Up

You like this Be the first of your friends to like this

San Francisco

Paper bag with incomplete internal affairs cases discovered in sheriff's office - by j_lamb - June 10, 2016 - The San Francisco Examiner

Case 3:14-cv-03403-EDL   Document 168-44   Filed 11/06/18   Page 4 of 7

deputies who are disproportionately involved in such incidents and applied remedies.

"It was never implemented," Hirst said. "The new sheriff is rewriting the use-of-force policy on her own."

In the meantime, the department is using the previous policy before Mirkarimi created his own.

Prisoner legal services, which Mirkarimi said had been expanded in order to devote additional resources to prisoners, has also been returned to its status before his administration.

"The current sheriff has left things as they were before Mirkarimi," said Hirst about the service.

Hennessy said she has spent much of the last six months dealing with similar issues, but chalked much of that up to a difference in leadership.

"Whenever you follow somebody, you have a different perspective on the ways things should be done," she said.



Examiner
9 hours ago

Did you watch the Battle of the Bay?

SFEXAMINER.COM





Colorado Drivers With No Tickets In 3 Years Should Do This In 2018

EVERQUOTE

Paper bag with incomplete internal affairs cases discovered in sheriff's office - by j_lamb - June 10, 2016 - The San Francisco Examiner

Case 3:14-cv-03403-EDL   Document 168-44   Filed 11/06/18   Page 5 of 7





Read more criminal justice news on the Crime Ink page in print. Follow us on Twitter: @*sfcrimeink*

**Click here** or scroll down to comment

5 Comments          SF Examiner                                    ☐ Login

☐ Recommend     t Tweet    f Share                      Sort by Best



**Rainforester** • 2 years ago

From The Onion?

Time for Hennessy to step down before she does more damage!

Paper bag with incomplete internal affairs cases discovered in sheriff's office - by j_lamb - June 10, 2016 - The San Francisco Examiner

Case 3:14-cv-03403-EDL   Document 168-44   Filed 11/06/18   Page 6 of 7

1 ○ □ • Reply • Share ›



**Rebecca Gardner** > Rainforester • 2 years ago

How is she doing damage by cleaning up Ross's mess? Hennessy isn't the one that put documents in a paper bag. Did you read the article?

1 ○ □ • Reply • Share ›



**Rainforester** > Rebecca Gardner • 2 years ago

You have a paper bag in your office for SIX MONTHS and nobody looks in it?

○ □ • Reply • Share ›



**Mark S. Pfeiffer** > Rainforester • 2 years ago

If you put a slice of bread in your mouth (not all the way, but with most of it hanging out) and then read the Onions drivel, it won't seem as irritating objectionable.

○ □ • Reply • Share ›



**uniblab_2.0** • 2 years ago

It would be great if voters would learn of the dangers of voting someone into office based on "Name ID" after Ross's reign of error, but that of course will never happen, here or anywhere.

○ □ • Reply • Share ›

---

☐ Subscribe    d Add Disqus to your site    Disqus' Privacy Policy

**Sponsored Links**





Paper bag with incomplete internal affairs cases discovered in sheriff's office - by j_lamb - June 10, 2016 - The San Francisco Examiner

Case 3:14-cv-03403-EDL   Document 168-44   Filed 11/06/18   Page 7 of 7





**Doctor Says Don't Cover Up Your Dark Spots - (Try This Instead)**
Gundry MD

**Surgeon Reveals: "You Can Fill In Wrinkles At Home" (Here's How)**
Beverly Hills MD

**Thinning Hair? Pour This On Your Head And Watch What Happens**
JuveTress

**Doctor's New Discovery Makes Foot Calluses**

**Man Who Called NASDAQ Crash Has**

**California is Set To Give Solar Panels To San**



| BREAKING NEWS | SPORTS | OPINION | ARTS | NATION AND WORLD | CONNECT |
|---|---|---|---|---|---|
| THE CITY | NFL | Letters | Calendar |  | Facebook |
| Crime | NBA | Op-eds | Comedy | California News | Twitter |
| Politics | MLB | Editorials | Community | US News | CONTACT |
| Education | NHL | FEATURES | Dance | World News | Contact us |
| City Planning | Columnists | Food | Literature | SPONSORED | Employment |
| Transit | Other | Health | Movies and TV | READERS' CHOICE 2016 | Subscription |
| Columnists | PHOTO GALLERIES | Law | Music |  | E-Edition Signup |
| OBITUARIES |  | Other | Performing Arts |  | Newsletters |
| FIND LOCAL CLASSES |  |  | Theater |  | REAL ESTATE |
|  |  |  | Visual Arts |  | Search Homes |



©2018 The San Francisco Examiner
Terms of Use | Privacy Policy

