**GIBSON, DUNN & CRUTCHER LLP**
Lee Crain (*pro hac vice*)
lcrain@gibsondunn.com
200 Park Avenue, 47th Floor
New York, New York 10166
Tel.: 212-351-4000
Fax: 212-351-4035

**GIBSON, DUNN & CRUTCHER LLP**
Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com
Neema Jalali (SBN 245424)
njalali@gibsondunn.com
Stephen Henrick (SBN 310539)
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Tel.: 415-393-8200
Fax: 415-393-8306

*Attorneys for Plaintiff Michael Cavness*

**OFFICE OF THE CITY ATTORNEY**
James F. Hannawalt (SBN 139657)
James.hannawalt@sfcityatty.org
1390 Market Street
6th Floor
San Francisco, California 94102
Tel.: 415-554-3913 [Hannawalt]
Fax: 415-554-3837

*Attorneys for Defendant
Frank Winch*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL CAVNESS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROSS MIRKARIMI, ET AL.,<br><br>　　　　Defendants. | Case No. 3:14-cv-3403 EDL<br><br>**STIPULATION AND MODIFIED [PROPOSED] ORDER REGARDING PRETRIAL AND TRIAL SCHEDULING**<br><br>Trial Date:　　　　March 11, 2019 |

Pursuant to Civil L.R. 6-2, 7-12, the parties certify that they have in good faith conferred and have agreed that good cause warrants entry of a stipulation and Court Order as follows.

**RECITALS**

A. WHEREAS the Court issued the governing Case Management Order on May 18, 2018 (Dkt. No. 128), ordering that the pretrial conference in this action shall be held on February 19, 2019 at 2:00 PM and that the trial in this action is set to commence on March 11, 2019 and shall not last more than 10 days;

B. WHEREAS the parties have been pursuing productive settlement discussions with the assistance of the Honorable Jacqueline Scott Corley, the settlement judge for this action;

C. WHEREAS given the difficulty that Plaintiff's counsel has communicating with their client at the prison in San Quentin, progress on settlement discussions has been slow to proceed;

D. WHEREAS on Tuesday February 12, 2019, the two Gibson Dunn partners who are counsel of record for Plaintiff in this action plan to visit Plaintiff at San Quentin to have a fulsome discussion about settlement;

D. WHEREAS to facilitate settlement discussion, the Court continued the deadlines of previous pretrial filings in this action from January 30, 2019 to February 6, 2019, Order, Dkt No. 183; and from February 6, 2019 to February 8, 2019, Order, Dkt. No. 184;

E. WHEREAS the parties believe that trial in this action could be held over five days, not ten, and should the Court be concerned that a March 11 start date would be insufficient time to prepare for trial, the Court could potentially continue the trial start date.

The parties HEREBY STIPULATE, though their attorneys of record, to seek the entry of a Court Order as follows:

**1.** Pretrial filings in this action previously due on February 8, 2019 shall be due on or before February 14, 2019;

**2.** Objections and other responsive documents to pretrial filings shall be due on or before February 21, 2019;

**3.** The Pretrial Conference in this action is continued to February 25, 2018; and

**4. IT IS SO STIPULATED.**

Dated: February 7, 2019

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        JAMES F. HANNAWALT
        Deputy City Attorney

By: /s/ James F. Hannawalt
     JAMES F. HANNAWALT

Attorneys for Defendant

FRANK WINCH

DATED: February 7, 2019

        GIBSON, DUNN & CRUTCHER LLP
        Rachel S. Brass, SBN 219301
        Neema Jalali (SBN 245424)
        Stephen Henrick (SBN 310539)
        Lee Crain, *Pro Hac Vice*

By: /s/ Lee R. Crain
     Lee R. Crain, *pro hac vice*

Attorneys for Plaintiff MICHAEL CAVNESS

**MODIFIED [PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED WITH THE FOLLOWING**

**MODIFICATION:** The pretrial conference is set for February 26, 2019 at 1:30 p.m.

Dated: February 7, 2019

_____
ELIZABETH D. LAPORTE
United States District Magistrate Judge